# UNITED STATES DISTRICT COURT
## District of Minnesota

Alfredo Manuel Cambera Suarez

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Sirce Owen, Executive Office for Immigration Review, David Easterwood, Joel Brott

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01052-LMP-JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Alfredo Manuel C. S.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows:

a. Alfredo Manuel C. S.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

b. The Government is ORDERED to release Alfredo Manuel C. S. from custody by no later than 5:00 p.m. on Wednesday, February 11, 2026;

c. The Government is ORDERED to release Alfredo Manuel C. S. unconditionally and to return all property to him; and

d. The Government is ORDERED to file a status report certifying its compliance with this Order by no later than 5:00 p.m. on Thursday, February 12, 2026.

Date: 2/10/2026

KATE M. FOGARTY, CLERK